# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

130266

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DONALD JOHNATHAN HART,
        Defendant-Appellant.

SC: 130266
COA: 265739
Eaton CC: 03-020225-FH

_____/

On order of the Court, the application for leave to appeal the November 22, 2005, order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

Clerk

p0320